**PRESLEY, ADMR., APPELLEE, *v.* FRALEY, APPELLANT.**

**[Cite as *Presley v. Fraley,* 123 Ohio St.3d 238, 2009-Ohio-5255.]**

*Discretionary appeal accepted, and judgment of the court of appeals reversed on the authority of Eppley v. Tri-Valley Local School Dist. Bd. of Edn.*

(No. 2009-0608 — Submitted September 1, 2009 — Decided October 6, 2009.)

APPEAL from the Court of Appeals for Franklin County, No. 08AP-767, 2009-Ohio-1558.

_____

**{¶ 1}** The discretionary appeal is accepted.

**{¶ 2}** The judgment of the court of appeals is reversed on the authority of *Eppley v. Tri-Valley Local School Dist. Bd. of Edn.*, 122 Ohio St.3d 56, 2009-Ohio-1970, 908 N.E.2d 401.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents.

_____

Jones Day, Shawn J. Organ, Matthew C. Corcoran, and Zachary C. Bolitho, for appellant.

_____